*SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0427/AR. U.S. v. Nicholas A. Patla. CCA 20100809. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

Misc. No. 11–8021/MC. William J. Wieczorek, Jr., Appellant v. United States, Appellee. CCA 201100036. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied without prejudice to Appellant's right to raise the issue asserted during the course of normal appellate review.